UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010** | * * * | **MDL 2179** |
| | | **SECTION: J** |
| **This Document Relates To:** | * | **JUDGE BARBIER** |
| Nos. 10-2454 & 10-1768, Center for Biological Diversity, Inc. v. BP America, et al. | * * | **MAG. JUDGE SHUSHAN** |

## J U D G M E N T

Considering the Court's Order & Reasons dated September 14, 2015 (Rec. Doc. 15352), granting the Defendants' motions for summary judgment on Plaintiff's sole remaining claim following remand from the Fifth Circuit Court of Appeals and denying Plaintiff's motion for partial summary judgment on same;

IT IS ORDERED, ADJUDGED, AND DECREED that there be judgment in favor of Defendants, BP America, Inc., BP Exploration & Production, Inc., BP p.l.c., Transocean, Ltd., Transocean, Inc., Transocean Offshore USA, Inc., and Transocean Offshore Deepwater Drilling, Inc., and against Plaintiff, Center for Biological Diversity, Inc.; that Plaintiff recover nothing; that civil action nos. 2:10-cv-01768 and 2:10-cv-02454 be dismissed with prejudice; and that the Defendants recover costs from the Plaintiff.

Signed in New Orleans, Louisiana, this 14th day of September, 2015.

_____
United States District Judge

**Note to Clerk:** File in 10-md-2179, 10-2454, and 10-1768